[No. 7415–3–III.   Division Three.   January 21, 1988.]

THE CITY OF SPOKANE, *Respondent,* v. JULIE ANNE PORT,
*Petitioner.*

Appeal from a judgment of the Superior Court for Spokane County, No. 85–2–02088–4, Marcus M. Kelly, J.,

entered September 19, 1985. *Reversed in part* by unpublished opinion per McInturff, C.J., concurred in by Green and Munson, JJ.